JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIGAR THAKARAR, an Individual, Plaintiff; <br><br> v. <br><br> DANIEL J. EDELMAN HOLDINGS, INC., a Delaware business organization, and DOES 1 through 10, inclusive, Defendants. | Case No.: 2:20-cv-10766-SVW-JC <br><br> *Hon. Stephen V. Wilson* <br><br> **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION PURSUANT TO FRCP, RULE 41 (a)(1)** <br><br> [Filed concurrently with Joint Stipulation for Dismissal] <br><br> Action filed: June 9, 2020 |

# ORDER

TO THE INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Based on the Joint Stipulation for Dismissal with Prejudice as to Entire Action pursuant to Federal Rule of Civil Procedure 41(a), and for good cause shown,

IT IS HEREBY ORDERED:

The entire action is dismissed with prejudice. The parties shall respectively bear their own attorney fees and costs.

Dated: ____January 26____, 2021

By: _____
Hon. Stephen V. Wilson
United States District Judge